IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICK AARON BRADDOCK, #437766**            **PLAINTIFF**

**v.**            **CIVIL NO. 1:21-cv-55-HSO-RPM**

**F. DODSON, Judge**            **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of October, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE